IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: FIA ENTERPRISES, INC. | ) | CASE NO. 03 B 50538 |
| | ) | |
| | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | HON. CAROL A. DOYLE |
| DEBTOR | ) | |

TO: THE HONORABLE CAROL A. DOYLE
BANKRUPTCY JUDGE

## APPLICATION OF TRUSTEE'S ACCOUNTANT
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Popowcer Katten, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Petition commencing this case was filed on December 16, 2003. This Court on September 19, 2006 authorized the employment of the firm of Popowcer Katten, Ltd. to serve as accountant for the trustee.

2. Applicant requests $1,766.00 in compensation for 8.8 hours of services performed and reimbursement of actual expenses in the amount of $5.70 for the period September 21, 2006 through April 24, 2007.

3. A description of the nature of the services rendered by the Applicant is as follows:
   Accounting and tax services including preparation of the federal and state corporate income tax returns for the years ended December 31, 2005 and final year ended December 31, 2006 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

4. Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

Tax Services:

| Accountant | Hours | Rate | Total |
|---|---|---|---|
| B. Glusak | 1.2 | $ 205 | $ 246.00 |
| L. West | 7.6 | 200 | 1,520.00 |
| Total Due | 8.8 | | $1,766.00 |

Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

6. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $1,766.00 for the accounting services rendered in this case and reimbursement of expenses of $5.70 incurred.

DATE: April 27, 2007                               RESPECTFULLY SUBMITTED,

*Lois West*

Lois West
Certifying Professional
35 E. Wacker Drive
Chicago, IL 60601-2207

**Invoice No.** 21579



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2207
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- FIA Enterprises, Inc.  (03 B 50538)
- c/o Jay Steinberg, Trustee
- 321 N. Clark Street, Suite 2800
- Chicago, IL 60610

Date: April 27, 2007                    Account No.: STZ78557L

For Professional Services Rendered:

For accounting and tax services rendered for the period September 21, 2006 through April 24, 2007 including preparation of federal and state corporate income tax returns for the years ended 12/31/05 and final year ended 12/31/06 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|            | Title                 | Hours | Rate   | Amount      |
|------------|-----------------------|-------|--------|-------------|
| B. Glusak  | Tax Manager           | 1.2   | $205.  | $ 246.00    |
| L. West    | Bankruptcy Specialist | 7.6   | 200.   | 1,520.00    |
|            | Total Hours:          | 8.8   |        | $ 1,766.00  |

Expenses:
Postage:                                              5.70

                    Total Due:                    $ 1,771.70

**EXHIBIT A**

FIA ENTERPRISES, INC. (03 B 50538)

Time Sort By Date

| Date | Description | Hours | Name |
|---|---|---|---|
| 9/21/2006 | Accounting Services - Review docket on pacer to determine contact person to obtain copies of prior tax returns. Phone call to prior accountant. | 0.5 | L. West |
| 2/3/2007 | Accounting Services - Review documents available - request additional information needed to prepare corporate income tax returns. | 0.5 | L. West |
| 4/21/2007 | Tax Return Preparation - Prepare workpapers and federal and state corporate income tax returns for 12/31/05 and 12/31/06 (final year). Prepare statement for tax returns. Prepare 505(B) letters, transmittal letters and forms 8821 and IL-2848. | 6.2 | L. West |
| 4/23/2007 | Tax Review - Review workpapers and forms 1120 and IL-1120 for 2005 and 2006. | 1.2 | B. Glusak |
| 4/24/2007 | Tax Review - Final review - check assembly and sign returns for 2005 and 2006 (final year). | 0.4 | L. West |

**Total hours   8.8**

**EXHIBIT A**