UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FIA ENTERPRISES, INC., | ) | Case No. 03-50538 |
| | ) | |
| Debtor. | ) | Hon. CAROL A. DOYLE |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:    DIRKSEN FEDERAL BUILDING, COURTROOM 742, 219 S. DEARBORN STREET, CHICAGO, ILLINOIS 60604

   On: **November 1, 2007**        Time: **10:30 a.m.**

2.    The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.    The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $58,211.49 |
   | Disbursements | $20,087.91 |
   | Net Cash Available for Distribution | $38,123.58 |

4.    Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JAY A. STEINBERG, TRUSTEE | $0.00 | $6,160.57 | $5.00 |
| *Trustee Compensation* | | | |
| POPOWCER KATTEN, LTD. | $0.00 | $1,766.00 | $5.70 |
| *Accountant for Trustee* | | | |

5.   Secured tax lien claims must be paid in full for there to be any dividend to priority creditors and/or general unsecured creditors.*

Allowed tax lien claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 9B | Department of the Treasury Internal Revenue Service Tax Lien | $270,395.51 | $0.00* |

6.   In addition to the expenses of administration as may be allowed by the Court and tax liens listed above, priority claims totaling $208,867.79 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 62.76% and 0.00% as listed below.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 26 | Chicago Tile Institute | $48,099.59 | $30,186.31* |
| 1 | Illinois Dept. Employment Security | $41,246.22 | $0.00 |
| 46 | Illinois Department of Revenue | $12,225.07 | $0.00 |
| 9C | Department of the Treasury | $107,296.91 | $0.00 |

·   As per 11 USC Section 724(b)(2)

7.   Claims of general unsecured creditors totaling $389,378.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2A | Chicago Tile Institute | $53,276.96 | $0.00 |
| 3 | Tile, Marble And Terrazzo Trades Health Care Fund | $50,197.96 | $0.00 |
| 4A | Illinois Department of Revenue | $912.05 | $0.00 |
| 5 | Koutek & Associates | $5,665.00 | $0.00 |
| 6 | Indiana Insurance Company | $32,412.25 | $0.00 |
| 7 | Masonry Institute | $161,518.73 | $0.00 |
| 8 | General Casualty | $58,943.00 | $0.00 |
| 9A | Department of the Treasury | $19,537.24 | $0.00 |
| 10 | Commerce and Industry Insurance Company and certain other entities related to American International Group, Inc. | $6,915.00 | $0.00 |

8.    Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of Kenneth S. Gardner, Clerk of the U.S. Bankruptcy, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    The Trustee proposes to abandon the following property at the hearing:

Name of Property                                          Scheduled Value
Office Equipment and Furniture                                    $400.00

Dated: **October 9, 2007**                    For the Court,


                                        By:
                                        **KENNETH S. GARDNER**
                                        Kenneth S. Gardner
                                        Clerk of the U.S. Bankruptcy Court
                                        219 S. Dearborn St., 7th Floor
                                        Chicago, IL  60604


Trustee:        Jay A. Steinberg, Trustee
Address:        35 East Wacker Suite 1550
                Chicago, IL 60601-0000
Phone No.:      (312) 832-4703