UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FIA ENTERPRISES, INC., | ) | Case No. 03-50538 |
| | ) | |
| Debtor. | ) | Hon. CAROL A. DOYLE |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1.     NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

At:     DIRKSEN FEDERAL BUILDING, COURTROOM 742, 219 S. DEARBORN STREET, CHICAGO, ILLINOIS 60604

On: **November 1, 2007**          Time: **10:30 a.m.**

2.     The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.     The Trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $58,211.49 |
| Disbursements | $20,087.91 |
| Net Cash Available for Distribution | $38,123.58 |

4.     Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JAY A. STEINBERG, TRUSTEE<br>*Trustee Compensation* | $0.00 | $6,160.57 | $5.00 |
| POPOWCER KATTEN, LTD.<br>*Accountant for Trustee* | $0.00 | $1,766.00 | $5.70 |

5.    Secured tax lien claims must be paid in full for there to be any dividend to priority creditors and/or general unsecured creditors.*

Allowed tax lien claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 9B | Department of the Treasury<br>Internal Revenue Service Tax Lien | $270,395.51 | $0.00* |

6.    In addition to the expenses of administration as may be allowed by the Court and tax liens listed above, priority claims totaling $208,867.79 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 62.76% and 0.00% as listed below.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 26 | Chicago Tile Institute | $48,099.59 | $30,186.31* |
| 1 | Illinois Dept. Employment Security | $41,246.22 | $0.00 |
| 46 | Illinois Department of Revenue | $12,225.07 | $0.00 |
| 9C | Department of the Treasury | $107,296.91 | $0.00 |

· As per 11 USC Section 724(b)(2)

7.    Claims of general unsecured creditors totaling $389,378.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2A | Chicago Tile Institute | $53,276.96 | $0.00 |
| 3 | Tile, Marble And Terrazzo Trades Health Care Fund | $50,197.96 | $0.00 |
| 4A | Illinois Department of Revenue | $912.05 | $0.00 |
| 5 | Koutek & Associates | $5,665.00 | $0.00 |
| 6 | Indiana Insurance Company | $32,412.25 | $0.00 |
| 7 | Masonry Institute | $161,518.73 | $0.00 |
| 8 | General Casualty | $58,943.00 | $0.00 |
| 9A | Department of the Treasury | $19,537.24 | $0.00 |
| 10 | Commerce and Industry Insurance Company and certain other entities related to American International Group, Inc. | $6,915.00 | $0.00 |

8.    Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of Kenneth S. Gardner, Clerk of the U.S. Bankruptcy, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Office Equipment and Furniture | $400.00 |

Dated:  **October 9, 2007**                    For the Court,


By:
**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn St., 7th Floor
Chicago, IL  60604


Trustee:        Jay A. Steinberg, Trustee
Address:        35 East Wacker Suite 1550
                Chicago, IL 60601-0000
Phone No.:      (312) 832-4703

**BAE SYSTEMS**

# CERTIFICATE OF SERVICE

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0752-1           User: amcc7              Page 1 of 1          Date Rcvd: Oct 09, 2007
Case: 03-50538                 Form ID: pdf002          Total Served: 25
```

The following entities were served by first class mail on Oct 11, 2007.
```
db             +FIA Enterprises Inc,   2720 N Artesian,   Chicago, Il 60647-1907
aty            +David K Welch,   Crane Heyman Simon Welch & Clar,   135 S Lasalle St,   Suite 3705,
                Chicago, IL 60603-4101
aty             Louis D Bernstein,   Gould & Ratner,   222 N Lasalle Eighth Fl,   Chicago, IL 60601
tr             +Jay A Steinberg, ESQ,   35 E. Wacker Drive, Suite 1550,   Chicago, IL 60601-2124
7585390        +AIG Bankruptcy Collection,   David A Levin, Authorized Representative,   70 Pine Street 31st Floor,
                New York, New York 10270-0002
10819179        Bricklayers Local 21 Pension Fund,   1950 W. 43rd Street, Suite 2 BAC,   Chicago, IL 60609-3115
10819210        Bricklayers Local 21 of Illinois Apprenticeship an,   1950 W. 43rd Street, Suite 2 BAC,
                Chicago, IL 60609-3115
10819211        Bricklayers and Stone Masons Annuity Fund,   1950 W. 43rd Street, Suite 2 BAC,
                Chicago, IL 60609-3115
7817205        +Chicago Tile Institute (CTI),   c/o Frank A Marco,   Gregorio & Associates,
                Two N LaSalle Street Ste 1650,   Chicago, IL 60602-4035
7585391        +GEM Group - Pittsburgh,   1200 Three Gateway Center,   Pittsburgh, PA 15222-1000
7585392        +General Casualty,   2900 Pearl Coty Rd.,   Freeport, IL 61032-9387
10823769       +General Casualty,   Attn: Mindy Blumenberg,   One General Dr,   Sun Prairie, WI 53596-0002
7585396        ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                PHILADELPHIA PA 19114-0326
                (address filed with court:  Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
7585393        +Illinois Department of Revenue,   Bankruptcy Section Level 7-425,   100 W. Randolph,
                Chicago, IL 60601-3218
7585394        +Illinois Dept. Employment Security,   401 S. State,   Chicago, IL 60605-1229
7585395        +Indiana Insurance Co.,   6281 Tri Ridge Blvd.,   Loveland, OH 45140-8345
10812558       +Indiana Insurance Company,   P O BOX 2050,   Keene, NH 03431-7050
7585397        +Koutek & Associates,   930 N. York Rd.,   3208,   Hinsdale, IL 60521-2991
7585398        +Laner Muchin,   515 N. State Street, #2800,   Chicago, IL 60610-4688
7585400        +Local Sixty Seven IUBAC (CTI),   Tile Marble & Terrazzo HCF,   6425 S. Central Ave.,
                Chicago, IL 60638-5505
7585399        +Local Twenty One IUBAC,   1950 West 43rd Street, Suite 2 BAC,   Chicago, IL 60609-3115
10819162        Masonry Institute,   1950 W. 43rd Street, Suite 2 BAC,   Chicago, IL 60609-3115
7585401        +Neal Gerber Eisenberg,   2 North LaSalle St.,   Chicago, IL 60602-3882
8127231        +Tile, Marble and Terrazzo Trades Health Care Fund,   Justin J Lannoye,
                8 S. Michigan Ave 19th Floor,   Chicago, IL 60603-3357
7585402         Universal Premium Acceptance Corp.,   P.O. Box 212516,   Kansas City, MO 64121-2516
```

The following entities were served by electronic transmission.
```
NONE.                                                                          TOTAL: 0
```

```
         ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 11, 2007                    Signature:   Joseph Speetjens