UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FIA ENTERPRISES, INC., | ) | Case No. 03-50538 |
| | ) | |
| Debtor. | ) | Hon. CAROL A. DOYLE |

## FINAL DISTRIBUTION REPORT

I, JAY A. STEINBERG, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $7,937.27 |
| Priority Claims (507(a)(3)-(a)(6)): | $30,268.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $38,205.27 |

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $7,937.27 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Jay A. Steinberg, Trustee Trustee Compensation | $6,160.57 | $6,160.57 |
| | Jay A. Steinberg, Trustee Trustee Expenses | $5.00 | $5.00 |
| ADMIN | Popowcer Katten, Ltd. Accountant for Trustee Fees | $1,766.00 | $1,766.00 |
| ADMIN | Popowcer Katten, Ltd. Accountant for Trustee Expenses | $5.70 | $5.70 |
| | CLASS TOTALS | $7,937.27 | $7,937.27 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) – Contributions to Employee Benefit Plans | $ 48,099.59 | 62.93% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 2B | Chicago Tile Institute | $48,099.59 | $30,268.00 |
| | CLASS TOTALS | $48,099.59 | $30,268.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 270,395.51 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 9B | Department Of The Treasury Internal Revenue Service Tax Liens | $270,395.51 | $0.00 |
| | CLASS TOTALS | $270,395.51 | $0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 160,768.20 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 9C | Department of the Treasury | $107,296.91 | $0.00 |
| 4B | Illinois Department Of Revenue | $12,225.07 | $0.00 |
| 1 | Illinois Dept. Employment Security | $41,246.22 | $0.00 |
| | CLASS TOTALS | $160,768.20 | $0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid pro-rata after costs of administration and priority claims are paid in full | $ 389,378.19 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 10 | Commerce and Industry Insurance Company and certain other entities related to American International Group, Inc. | $6,915.00 | $0.00 |
| 2A | Chicago Tile Institute | $53,276.96 | $0.00 |
| 9A | Department of The Treasury | $19,537.24 | $0.00 |
| 8 | General Casualty | $58,943.00 | $0.00 |
| 4A | Illinois Department of Revenue | $912.05 | $0.00 |
| 6 | Indiana Insurance Company | $32,412.25 | $0.00 |
| 5 | Koutek & Associates | $5,665.00 | $0.00 |
| 7 | Masonry Institute | $161,518.73 | $0.00 |
| 3 | Tile, Marble And Terrazzo Trades Health Care Fund | $50,197.96 | $0.00 |
| | CLASS TOTALS | $389,378.19 | $0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) – Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: __11/05/07__