# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 03-50538 -CAD
Case Name: FIA ENTERPRISES INC

Taxpayer ID No: *******5519
For Period Ending: 12/31/07

Trustee Name: JAY A. STEINBERG, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2228 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/10/04 | 1 | STEPHAN A. MAGLAYA<br>PRESIDENT<br>FIA ENTERPRISES, INC.<br>2720 NORTH ARTESIAN<br>CHICAGO, IL 60647 | CASH ON HAND | 1129-000 | 7,087.05 | | 7,087.05 |
| 02/16/04 | 2 | COMMUNITY BANK<br>1001 LAKE STREET<br>OAK PARK, ILLINOIS 60301 | FUNDS ON DEPOSIT (CHECKING) | 1129-000 | 503.53 | | 7,590.58 |
| 02/27/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.36 | | 7,590.94 |
| 03/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.64 | | 7,591.58 |
| 04/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.62 | | 7,592.20 |
| 05/28/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.64 | | 7,592.84 |
| 06/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.62 | | 7,593.46 |
| 07/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.64 | | 7,594.10 |
| 08/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.64 | | 7,594.74 |
| 09/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.62 | | 7,595.36 |
| 10/29/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.64 | | 7,596.00 |
| 11/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.62 | | 7,596.62 |
| 12/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.64 | | 7,597.26 |
| 01/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.65 | | 7,597.91 |
| 02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.46 | | 7,599.37 |
| 03/23/05 | 000301 | International Sureties, Ltd.<br>Suite 1700<br>210 Barone Street<br>New Orleans, LA 70112 | Trustee's Bond Premium<br>Bond # 016026155<br>Term: 02/01/05 to 02/01/06 | 2300-000 | | 3.99 | 7,595.38 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.61 | | 7,596.99 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.56 | | 7,598.55 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.62 | | 7,600.17 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.56 | | 7,601.73 |
| | | | Page Subtotals | | 7,605.72 | 3.99 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD



Case No: 03-50538 -CAD
Case Name: FIA ENTERPRISES INC

Taxpayer ID No: *******5519
For Period Ending: 12/31/07

Trustee Name: JAY A. STEINBERG, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2228 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.61 | | 7,603.34 |
| 08/19/05 | 3 | WILDMAN, HARROLD, ALLEN & DIXON LLP ESCROW ACCOUNT (Q.C. ENTERPRISES, INC.) 225 WEST WACKER DRIVE CHICAGO, ILLINOIS 60606-1229 | LITIGATION SETTLEMENT | 1121-000 | 10,000.00 | | 17,603.34 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 5.35 | | 17,608.69 |
| 09/22/05 | 3 | Q.C. ENTERPRISES, INC. 2722 S. HILLOCK AVENUE CHICAGO, IL 60608 | LITIGATION SETTLEMENT | 1121-000 | 5,000.00 | | 22,608.69 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 9.09 | | 22,617.78 |
| 10/13/05 | 3 | Q.C. ENTERPRISES, INC. 2722 S. HILLOCK AVENUE CHICAGO, IL 60608 | LITIGATION SETTLEMENT | 1121-000 | 5,000.00 | | 27,617.78 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 12.75 | | 27,630.53 |
| 11/09/05 | 3 | Q.C. ENTERPRISES, INC. 2722 S. HILLOCK AVENUE CHICAGO, IL 60608 | LITIGATION SETTLEMENT | 1121-000 | 5,000.00 | | 32,630.53 |
| 11/16/05 | 000302 | GOULD & RATNER 222 NORTH LASALLE STREET 8TH FLOOR CHICAGO, ILLINOIS 60601 | ATTORNEY FOR TRUSTEE FEES | 3210-000 | | 15,000.00 | 17,630.53 |
| 11/16/05 | 000303 | GOULD & RATNER 222 NORTH LASALLE STREET 8TH FLOOR CHICAGO, ILLINOIS 60601 | ATTORNEY FOR TRUSTEE EXPENSES Expenses - per order entered 11/8/05 | 3220-000 | | 5,034.91 | 12,595.62 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 12.30 | | 12,607.92 |
| 12/09/05 | 3 | Q.C. ENTERPRISES, INC. 2722 S. HILLOCK AVENUE CHICAQGO, IL 60608 | LITIGATION SETTLEMENT | 1121-000 | 5,000.00 | | 17,607.92 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 7.89 | | 17,615.81 |
| | | | | Page Subtotals | 30,048.99 | 20,034.91 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 03-50538 -CAD
Case Name: FIA ENTERPRISES INC

Taxpayer ID No: *******5519
For Period Ending: 12/31/07

Trustee Name: JAY A. STEINBERG, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2228 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 01/09/06 | 3 | Q.C. ENTERPRISES, INC.<br>2722 SOUTH HILLOCK AVENUE<br>CHICAGO, IL 6060 | LITIGATION SETTLEMENT | 1121-000 | 5,000.00 | | 22,615.81 |
| | 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 10.63 | | 22,626.44 |
| | 02/20/06 | 3 | Q.C. ENTERPRISES, INC.<br>2722 S. HILLOCK AVENUE<br>CHICAGO, IL 60608 | LITIGATION SETTLEMENT | 1121-000 | 5,000.00 | | 27,626.44 |
| | 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.93 | | 27,643.37 |
| | 03/08/06 | 3 | Q.C. ENTERPRISES, INC. | LITIGATION SETTLEMENT | 1121-000 | 5,000.00 | | 32,643.37 |
| | 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 26.07 | | 32,669.44 |
| | 04/12/06 | 3 | Q.C. ENTERPRISES, INC.<br>2722 S. HILLOCK AVENUE<br>CHICAGO, IL 60608 | LITIGATION SETTLEMENT | 1121-000 | 5,000.00 | | 37,669.44 |
| | 04/27/06 | 000304 | INTERNATIONAL SURETIES, LTD | CHAPTER 7 BLANKET BOND PREMIUM<br>BOND # 016026455 | 2300-000 | | 20.20 | 37,649.24 |
| | 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.76 | | 37,678.00 |
| | 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 32.01 | | 37,710.01 |
| | 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 30.99 | | 37,741.00 |
| | 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 32.05 | | 37,773.05 |
| | 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 32.08 | | 37,805.13 |
| | 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 31.07 | | 37,836.20 |
| | 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 32.14 | | 37,868.34 |
| | 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 31.12 | | 37,899.46 |
| | 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 32.18 | | 37,931.64 |
| | 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 32.22 | | 37,963.86 |
| * | 02/06/07 | 000305 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM<br>BOND # 016026455 | 2300-003 | | 30.20 | 37,933.66 |
| | 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 29.12 | | 37,962.78 |
| * | 03/07/07 | 000305 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM | 2300-003 | | -30.20 | 37,992.98 |
| | 03/07/07 | 000306 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM | 2300-000 | | 28.81 | 37,964.17 |
| | | | | | Page Subtotals | 20,397.37 | 49.01 | |

Ver: 11.80

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 03-50538 -CAD
Case Name: FIA ENTERPRISES INC

Taxpayer ID No: *******5519
For Period Ending: 12/31/07

Trustee Name: JAY A. STEINBERG, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2228 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BOND # 016026455 | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 32.25 | | 37,996.42 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 31.23 | | 38,027.65 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 32.30 | | 38,059.95 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 31.28 | | 38,091.23 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 32.35 | | 38,123.58 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 32.38 | | 38,155.96 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 24.30 | | 38,180.26 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 24.33 | | 38,204.59 |
| 11/02/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.68 | | 38,205.27 |
| 11/02/07 | | Transfer to Acct #*******2197 | Final Posting Transfer | 9999-000 | | 38,205.27 | 0.00 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 58,293.18 | 58,293.18 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 38,205.27 | |
| Subtotal | 58,293.18 | 20,087.91 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 58,293.18 | 20,087.91 | |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 241.10 | 38,205.27 |

Ver: 11.80

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD



Case No: 03-50538 -CAD
Case Name: FIA ENTERPRISES INC

Taxpayer ID No: *******5519
For Period Ending: 12/31/07

Trustee Name: JAY A. STEINBERG, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2197 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/02/07 | | Transfer from Acct #*******2228 | Transfer In From MMA Account | 9999-000 | 38,205.27 | | 38,205.27 |
| * 11/13/07 | 003001 | JAY A. STEINBERG, TRUSTEE | TRUSTEE COMPENSATION | | | 6,265.57 | 31,939.70 |
| | | | Fees 6,260.57 | 2100-003 | | | 31,939.70 |
| | | | Expenses 5.00 | 2200-003 | | | 31,939.70 |
| * 11/13/07 | 003001 | JAY A. STEINBERG, TRUSTEE | TRUSTEE COMPENSATION | | | -6,265.57 | 38,205.27 |
| | | | Fees ( 6,260.57 ) | 2100-003 | | | 38,205.27 |
| | | | Expenses ( 5.00 ) | 2200-003 | | | 38,205.27 |
| 11/13/07 | 003002 | JAY A. STEINBERG, TRUSTEE | TRUSTEE COMPENSATION | | | 6,165.57 | 32,039.70 |
| | | | Fees 6,160.57 | 2100-000 | | | 32,039.70 |
| | | | Expenses 5.00 | 2200-000 | | | 32,039.70 |
| 11/13/07 | 003003 | POPOWCER KATTEN, LTD. | ACCOUNTANT FOR TRUSTEE FEES AND EXPENSES | | | 1,771.70 | 30,268.00 |
| | | | Fees 1,766.00 | 3410-000 | | | 30,268.00 |
| | | | Expenses 5.70 | 3420-000 | | | 30,268.00 |
| 11/13/07 | 003004 | CHICAGO TILE INSTITUTE | PRIORITY CREDITOR | 5400-000 | | 30,268.00 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 38,205.27 | 38,205.27 | 0.00 |
| Less: Bank Transfers/CD's | 38,205.27 | 0.00 | |
| Subtotal | 0.00 | 38,205.27 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 38,205.27 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********2228 | 58,293.18 | 20,087.91 | 0.00 |
| BofA - Checking Account - ********2197 | 0.00 | 38,205.27 | 0.00 |
| | 58,293.18 | 58,293.18 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |

| | | |
|---|---|---|
| Page Subtotals | 38,205.27 | 38,205.27 |

Ver: 11.80

LFORM24